**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| INFERENCE STACK INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>*Defendant.* | Case No. 7:26-cv-00454<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

This is an action for patent infringement under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*, in which Plaintiff Inference Stack Inc. ("Inference Stack") alleges as follows against Defendant NVIDIA Corporation ("NVIDIA"):

## INTRODUCTION

1. This Complaint arises from NVIDIA's infringement of United States Patent Nos. 11,003,985 (the "'985 patent") and 11,068,394 (the "'394 patent") (collectively, the "Patents-in-Suit"), which generally relate to hardware acceleration of neural-network computation. Inference Stack is the exclusive licensee of the Patents-in-Suit and holds all substantial rights in them, including the right to recover damages for past, present, and future infringement.

2. The Patents-in-Suit arose from research at the Electronics and Telecommunications Research Institute ("ETRI") in Daejeon, Republic of Korea. ETRI is a government-funded research institute, founded on December 30, 1976, whose legal basis is Article 8 of Korea's Act on the Establishment, Operation and Fosterage of Government-Funded Research Institutes in the Field of Science and Technology. *See* ETRI, *일반현황 [General Status]* (last visited Sept. 29,

2026), https://etri.re.kr/korcon/sub7/sub7_0401.etri. ETRI "makes contribution to the nation's economic and social development through research, development and distribution of industrial core technologies in the field of Information, Communications, Electronics, Broadcasting and Convergence technologies." *See* ETRI, *Overview: About ETRI* (last visited Sept. 29, 2026), https://etri.re.kr/engcon/sub1/sub1_02.etri. In the 1980s, ETRI developed TDX (Time Division Exchange) and 4M DRAM; in the 1990s, it commercialized Code-Division Multiple Access; and in the 2000s, it developed Terrestrial DMB, WiBro, and 4G LTE Advanced. *See Electronics and Telecommunications Research Institute*, Wikipedia (last visited Sept. 29, 2026), https://en.wikipedia.org/wiki/Electronics_and_Telecommunications_Research_Institute.

3. The '985 patent, which issued to ETRI, claims priority to Korean Patent Application No. 10-2016-0147744, filed on November 7, 2016. *See* '985 patent, cover. ETRI's neural-network hardware research has been carried out within its artificial-intelligence system-on-chip research organization, including the AI Processor Research Team of its AI SoC Research Department and, later, its Hyperscale AI SoC Research Section. *See* Yong Cheol Peter Cho et al., *AB9: A Neural Processor for Inference Acceleration*, 42 ETRI J. 491 (2020), https://doi.org/10.4218/etrij.2020-0134; Won Jeon et al., *XEM: Tensor Accelerator for AB21 Supercomputing Artificial Intelligence Processor*, 46 ETRI J. 839 (2024), https://doi.org/10.4218/etrij.2024-0141.

4. That research produced the AB9 neural processor, which the Republic of Korea's Ministry of Science and ICT announced in April 2020 as the country's first ultra-low-power artificial-intelligence semiconductor, developed together with SK Telecom for use in cloud data centers and reported to process data forty trillion times per second while consuming only fifteen to forty watts. *See SK Telecom, ETRI Develop Ultra-Low-Power AI Semiconductor*, RCR

Wireless News (Apr. 9, 2020), https://www.rcrwireless.com/20200409/5g/sk-telecom-etri-ai-semiconductor; *ETRI, SK Telecom Develop AI Semiconductor Based on Neural Network Processing Units*, Telecompaper (Apr. 14, 2020) (last visited Sept. 29, 2026), https://www.telecompaper.com/news/etri-sk-telecom-develop-ai-semiconductor-based-on-neural-network-processing-units--1334369.

5. ETRI researchers published the AB9 architecture in the peer-reviewed ETRI Journal, describing a systolic tensor core neural-network accelerator having 32k arithmetic units and more than 36 megabytes of on-chip static random-access memory, and reporting performance and power efficiency superior to those of a general-purpose graphics processing unit. *See* Cho, 42 ETRI J. at 491, https://koreascience.kr/article/JAKO202063758859139.page. That research has continued: in 2024, researchers of ETRI published the XEM tensor accelerator for the AB21 supercomputing artificial-intelligence processor, directed to accelerating the tensor-based linear-algebra operations that dominate hyperscale artificial intelligence and high-performance computing. *See* Jeon, 46 ETRI J. at 839, https://ksp.etri.re.kr/ksp/article/file/69854.pdf.

6. The Patents-in-Suit came out of ETRI's neural-network hardware research. The '985 patent is directed to reducing the convolution computations of a convolutional neural network on the basis of sparse weights. *See* '985 patent, 1:43–52. Its abstract describes "a data selector configured to output an input value corresponding to a position of a sparse weight from among input values of input data on a basis of a sparse index indicating the position of a nonzero value in a sparse weight kernel, and a multiply-accumulate (MAC) computator configured to perform a convolution computation on the input value output from the data selector by using the sparse weight kernel." *Id.*, Abstract. The '394 patent is directed to moving multidimensional data between an accelerator's external and internal memories, in which a "data moving controller

reorders a dimension order with respect to an access address of the external memory to generate an access address of the internal memory, for the multidimensional matrix operation." '394 patent, Abstract.

7. Both named inventors of the '394 patent, Jeongmin Yang and Young-Su Kwon, are named authors of the published AB9 architecture and are identified there with ETRI's AI Processor Research Team; and two of the six named inventors of the '985 patent, Mi Young Lee and Joo Hyun Lee, are named authors of the published XEM tensor accelerator. *See, e.g.,* Cho, 42 ETRI J. at 491, and Jeon, 46 ETRI J. at 839.

8. The computation and movement of data in a neural network are the two costs that dominate the performance and energy consumption of an inference accelerator, and the movement of data has come to dominate the computation as models have grown. *See, e.g.,* Amir Gholami et al., *AI and Memory Wall*, arXiv:2403.14123 (last visited Sept. 29, 2026), https://arxiv.org/html/2403.14123v1. The Patents-in-Suit therefore address central problems in the field: reducing the multiply-accumulate work a convolution requires, and reducing the cost of moving tensor data between an accelerator's external and internal memory. *See, e.g.,* Vivienne Sze et al., *Efficient Processing of Deep Neural Networks: A Tutorial and Survey*, arXiv:1703.09039 (last visited Sept. 29, 2026), https://arxiv.org/pdf/1703.09039.

9. ETRI is the assignee of record of each of the Patents-in-Suit, having taken assignment of each from its named inventors. *See* USPTO Assignment Records, Reel/Frame 044711/0349 (recorded Nov. 8, 2017) ('985 patent); Reel/Frame 050340/0779 (recorded Sept. 11, 2019) ('394 patent).

10. On January 22, 2026, ETRI and Inference Stack executed a Patent Rights Exclusive License Agreement (the "License Agreement") granting Inference Stack an exclusive license to the Patents-in-Suit.

11. The License Agreement was recorded with the United States Patent and Trademark Office on March 23, 2026, at Reel/Frame 075226/0256, as a license from ETRI to Inference Stack Inc. covering both of the Patents-in-Suit.

12. The License Agreement grants Inference Stack "the exclusive right to commercially practice the patented inventions of the [Patents-in-Suit] worldwide in all fields covered by the [Patents-in-Suit]" until the Patents-in-Suit expire or are abandoned.

13. The License Agreement grants Inference Stack the right, without ETRI's consent, to grant licenses, indemnities, and covenants not to sue to third parties for all past, present, and future periods, including the right to collect royalties and consideration for indemnification from third parties for their past, present, and future use of the Patents-in-Suit.

14. The License Agreement further grants Inference Stack the right to initiate suits for infringement of the Patents-in-Suit, including claims for damages and for injunctive relief, together with "all substantial rights relating to the patents, including all rights that enable [Inference Stack] to Monetize the [Patents-in-Suit] on its own without [ETRI's] consent." The License Agreement defines monetization to include licenses, covenants not to sue, and patent suits.

15. ETRI and Inference Stack entered into a Supplementary Agreement, dated as of November 9, 2026 (the "Supplementary Agreement"), which forms part of the License Agreement. The Supplementary Agreement amends Section 2(1) of the License Agreement to provide that Inference Stack's exclusive license "includes the sole right of [Inference Stack] to file suit, and to claim, receive, and retain damages, with respect to the [Patents-in-Suit] for not only present and

future infringement but also all past infringement, including infringement that occurred before the execution date of the [License Agreement] (January 22, 2026), together with all rights incidental thereto."

16. Under the License Agreement, Inference Stack bears the rights, responsibilities, and costs of prosecuting and maintaining the Patents-in-Suit, including the right to reduce and abandon the scope of the patent rights, and ETRI may not assign, pledge, or otherwise dispose of its rights under the License Agreement, including by assigning or abandoning the Patents-in-Suit, without Inference Stack's prior written consent.

17. The License Agreement does not reserve to ETRI any right to practice the Patents-in-Suit, to grant further licenses under them, or to sue for their infringement.

18. Accordingly, Inference Stack is the exclusive licensee of the Patents-in-Suit and holds all substantial rights in them, including the right to enforce them, to exclude others, and to recover damages for all past infringement, including infringement occurring before January 22, 2026, and has standing to sue for their infringement in its own name. Inference Stack has suffered injury from NVIDIA's infringement of those exclusionary rights.

19. The instrumentalities accused of infringing the '985 patent are NVIDIA graphics processing units that incorporate the NVIDIA Sparse Tensor Core and its fine-grained structured-sparsity acceleration (including its 2:4 structured-sparsity pattern and the 4:8 structured-sparsity pattern used with NVIDIA's NVFP4 format), including the NVIDIA A100, H100, H200, GH200, and B200, and the boards, modules, systems, and platforms incorporating them, together with the NVIDIA software through which that sparse execution is prepared and invoked, including cuSPARSELt and NVIDIA TensorRT (the "'985 Accused Instrumentalities"). Exhibit 2 describes the '985 Accused Instrumentalities further. The '985 Accused Instrumentalities do not include

any product, or any use of a product, to the extent that product or use is licensed under, or covered by a covenant not to sue on, the ’985 patent.

20. The instrumentalities accused of infringing the ’394 patent are NVIDIA’s Hopper and Blackwell data center graphics processing units and the products and systems incorporating them, including the NVIDIA H100 and H200 GPUs and the NVIDIA GH200 Grace Hopper Superchip (Hopper generation) and the NVIDIA B200 GPU, the NVIDIA GB200 Grace Blackwell Superchip, and the NVIDIA GB200 NVL72 and GB300 NVL72 rack-scale systems (Blackwell generation), and the boards, trays, modules, servers, and systems incorporating them, alone and as configured and operated with the NVIDIA software that programs and invokes their Tensor Memory Accelerator transfers and Tensor Core matrix operations, including the NVIDIA CUDA Toolkit, cuBLAS, CUTLASS, and TensorRT-LLM (the “’394 Accused Instrumentalities”). Exhibit 4 describes the ’394 Accused Instrumentalities further. The ’394 Accused Instrumentalities do not include any product, or any use of a product, to the extent that product or use is licensed under, or covered by a covenant not to sue on, the ’394 patent. The ’985 Accused Instrumentalities and the ’394 Accused Instrumentalities are together the “Accused Instrumentalities.”

**Sparse Tensor Core**

21. NVIDIA introduced the Sparse Tensor Core with the NVIDIA Ampere architecture, stating that with the A100 GPU it introduces fine-grained structured sparsity, a novel approach that doubles compute throughput for deep neural networks. *See, e.g.,* NVIDIA, *NVIDIA Ampere Architecture In-Depth*, NVIDIA Technical Blog (May 14, 2020), https://developer.nvidia.com/blog/nvidia-ampere-architecture-in-depth. NVIDIA enforces that structure through what it calls a new 2:4 sparse matrix definition, which allows two non-zero

values in every four-entry vector, and it describes the Tensor Core as using "the compression metadata (the non-zero indices) to match the compressed weights with the appropriately selected activations for input to the Tensor Core dot-product computation." *Id.* NVIDIA's PTX instruction set specification describes the same mechanism at the instruction level: only the two non-zero elements are stored in the operand representing matrix A, and their positions in the four-wide chunk in matrix A are indicated by two 2-bit indices in the metadata operand. *See, e.g.,* NVIDIA, *Parallel Thread Execution ISA*, Release 9.3, § 9.7.15.6.1, at 564–65 (last visited Sept. 29, 2026), https://docs.nvidia.com/cuda/pdf/ptx_isa_9.3.pdf.

22. The result is that the hardware performs a smaller multiplication than the dense operand would require. In its NVIDIA Ampere architecture whitepaper NVIDIA explains that, using a Sparse MMA instruction, only the elements in each row of Matrix A that have a non-zero value are matched with the corresponding elements from Matrix B, transforming the computation into a smaller matrix multiply that takes just N/2 cycles, a 2x speedup. *See, e.g.,* NVIDIA, *NVIDIA A100 Tensor Core GPU Architecture* (whitepaper) (last visited Sept. 29, 2026), https://images.nvidia.com/aem-dam/en-zz/Solutions/data-center/nvidia-ampere-architecture-whitepaper.pdf. NVIDIA likewise explains that Sparse Tensor Cores use the metadata that is stored with the nonzeros to pull only the necessary values from the other, uncompressed operand, so that for a sparsity of 2x they can complete the same effective calculation in half the time. *See, e.g.,* NVIDIA, *Accelerating Inference with Sparsity Using the NVIDIA Ampere Architecture and NVIDIA TensorRT*, NVIDIA Technical Blog (July 20, 2021) (last visited Sept. 29, 2026), https://developer.nvidia.com/blog/accelerating-inference-with-sparsity-using-ampere-and-tensorrt. NVIDIA also states that the weights are compressed for a 2x reduction in data footprint and bandwidth, and that the A100 Sparse Tensor Core doubles math throughput by skipping the

zeros. *See, e.g.,* NVIDIA, *NVIDIA Ampere Architecture In-Depth*, NVIDIA Technical Blog (May 14, 2020) (last visited Sept. 29, 2026), https://developer.nvidia.com/blog/nvidia-ampere-architecture-in-depth.

23. NVIDIA's own illustration shows how the A100's Sparse Tensor Core selects input values, and NVIDIA's patent filings describe the same kind of selection. Figure 12 of NVIDIA's A100 architecture whitepaper shows a row of eight input activations entering the Sparse Tensor Core in two groups of four, each group delivered to its own selector, with a line labeled "Select" running from the stored indices of the non-zero weights to the first selector; each selector takes in four activations and passes on two, which are multiplied with the non-zero weights to form a dot-product. *See* NVIDIA, *NVIDIA A100 Tensor Core GPU Architecture*, Fig. 12, at 32 (last visited Sept. 29, 2026), https://images.nvidia.com/aem-dam/en-zz/Solutions/data-center/nvidia-ampere-architecture-whitepaper.pdf. NVIDIA explains that fine-grained structured sparsity "imposes a constraint on the allowed sparsity pattern, making it more efficient for hardware to do the necessary alignment of input operands." *Id.* at 31. NVIDIA states that the metadata stored with the compressed weights "is used to select only the corresponding activations from the second input matrix." NVIDIA, *Exploiting NVIDIA Ampere Structured Sparsity with cuSPARSELt*, NVIDIA Technical Blog (Dec. 8, 2020) (last visited Sept. 29, 2026), https://developer.nvidia.com/blog/exploiting-ampere-structured-sparsity-with-cusparselt. And NVIDIA's own published patent application describes a tensor core in which a control circuit "can convert the index values of sparse matrix row metadata 612 into control signals for the one or more selection circuits," and states that the two selectors "can each be a 4:2 multiplexer." U.S. Patent Application Pub. No. 2026/0023813 ¶ [0089] (published Jan. 22, 2026) (NVIDIA Corporation, applicant).

24. NVIDIA carried the feature forward across product generations. It lists among the H100 fourth-generation Tensor Core features that the Sparsity feature exploits fine-grained structured sparsity in deep learning networks, doubling the performance of standard Tensor Core operations, and its cuSPARSELt documentation lists NVIDIA Sparse MMA tensor core support among the library's key features while giving its Supported SM Architectures as 8.0, 8.6, 8.7, 8.9, 9.0, 10.0, 10.3, 11.0, 12.0 and 12.1. *See, e.g.,* NVIDIA, *NVIDIA Hopper Architecture In-Depth*, NVIDIA Technical Blog (Mar. 22, 2022), https://developer.nvidia.com/blog/nvidia-hopper-architecture-in-depth; NVIDIA, *cuSPARSELt: A High-Performance CUDA Library for Sparse Matrix-Matrix Multiplication*, NVIDIA Docs (last visited Sept. 29, 2026), https://docs.nvidia.com/cuda/cusparselt/index.html.

25. NVIDIA stores the same index in its Hopper and Blackwell GPUs. NVIDIA states that "NVIDIA Ampere and NVIDIA Hopper architecture GPUs add the new feature of fine-grained structured sparsity," that "[t]his feature is supported by sparse Tensor Cores, which require a 2:4 sparsity pattern," and that "[a]fter compression, only non-zero values and the associated index metadata are stored." NVIDIA, *Structured Sparsity in the NVIDIA Ampere Architecture and Applications in Search Engines*, NVIDIA Technical Blog (July 3, 2023) (last visited Sept. 29, 2026), https://developer.nvidia.com/blog/structured-sparsity-in-the-nvidia-ampere-architecture-and-applications-in-search-engines/. For the fifth-generation Tensor Core of its Blackwell GPUs, NVIDIA's instruction manual specifies that "[o]nly the non-zero elements are stored in memory and the two 2-bit indices in the metadata indicates the position of the two non-zero elements in the four-wide chunk," and defines, for its four-bit floating-point instruction kinds (.kind::mxf4 and .kind::mxf4nvf4), a 4:8 pattern in which "the two 2-bit indices in the metadata indicates the position of the two two-wide sub-chunks with non-zero values in the eight-wide chunk." NVIDIA,

*Parallel Thread Execution ISA*, Release 9.3, §§ 9.7.17.10.8.2–.3, at 747 (last visited Sept. 29, 2026), https://docs.nvidia.com/cuda/pdf/ptx_isa_9.3.pdf. NVIDIA has not published the circuit design of the Sparse Tensor Cores of its Hopper and Blackwell GPUs. On information and belief, those Sparse Tensor Cores use the stored index as the A100's does: circuitry delivers each group of input values to its own multiplexer, and the index controls which input values each multiplexer passes to the multiply-accumulate computation. On information and belief, the B200 applies the index of its 4:8 pattern, which NVIDIA uses with its NVFP4 format, in the same way.

26. NVIDIA markets these gains to its customers. It represents that fine-grained structured sparsity results in even load balancing, regular memory accesses, and 2x math efficiency with no loss in network accuracy, and that Sparse Tensor Cores can eliminate unnecessary calculations in neural networks, resulting in over 30% performance/watt gain compared to dense networks. *See, e.g.,* NVIDIA, *Accelerating Inference with Sparsity Using the NVIDIA Ampere Architecture and NVIDIA TensorRT*, NVIDIA Technical Blog (July 20, 2021), https://developer.nvidia.com/blog/accelerating-inference-with-sparsity-using-ampere-and-tensorrt; NVIDIA, *Exploiting NVIDIA Ampere Structured Sparsity with cuSPARSELt*, NVIDIA Technical Blog (Dec. 8, 2020), https://developer.nvidia.com/blog/exploiting-ampere-structured-sparsity-with-cusparselt.

27. Additionally, NVIDIA's A100 Tensor Core GPU datasheet identifies STRUCTURAL SPARSITY among the product's groundbreaking innovations and represents that Tensor Cores in A100 can provide up to 2X higher performance for sparse models, and NVIDIA publishes the A100's dense and sparse throughput side by side for the data types supported by Sparse Tensor Cores: TF32 156 against 312, FP16 and BF16 312 against 624, and INT8 624 against 1248. *See, e.g.,* NVIDIA, *NVIDIA A100 Tensor Core GPU* (datasheet) (last visited Sept.

29, 2026), https://www.nvidia.com/content/dam/en-zz/Solutions/Data-Center/a100/pdf/nvidia-a100-datasheet-nvidia-us-2188504-web.pdf; NVIDIA, *Accelerating Inference with Sparsity Using the NVIDIA Ampere Architecture and NVIDIA TensorRT*, NVIDIA Technical Blog (July 20, 2021), https://developer.nvidia.com/blog/accelerating-inference-with-sparsity-using-ampere-and-tensorrt. And, on its A100 product page, NVIDIA tells customers that structural sparsity support delivers up to 2X more performance on top of A100's other inference performance gains. *See, e.g.,* NVIDIA, *NVIDIA A100 GPUs Power the Modern Data Center* (last visited Sept. 29, 2026), https://www.nvidia.com/en-us/data-center/a100.

28. NVIDIA also supplies the software that puts the feature to use. It publishes and distributes cuSPARSELt, which it describes as a high-performance CUDA library dedicated to general matrix-matrix operations in which at least one operand is a structured sparse matrix with 50% sparsity ratio, and distributes an Automatic SParsity (ASP) PyTorch library that it tells customers makes it easy to generate a sparse network, which TensorRT 8.0 can deploy efficiently. *See, e.g.,* NVIDIA, *cuSPARSELt: A High-Performance CUDA Library for Sparse Matrix-Matrix Multiplication*, NVIDIA Docs (last visited Sept. 29, 2026), https://docs.nvidia.com/cuda/cusparselt/index.html; NVIDIA, *Accelerating Inference with Sparsity Using the NVIDIA Ampere Architecture and NVIDIA TensorRT*, NVIDIA Technical Blog (July 20, 2021), https://developer.nvidia.com/blog/accelerating-inference-with-sparsity-using-ampere-and-tensorrt. NVIDIA states that it developed 2:4 fine-grained structured sparsity and built support directly into NVIDIA Ampere Architecture Sparse Tensor Cores. *See, e.g.,* NVIDIA, *Accelerating Inference with Sparsity Using the NVIDIA Ampere Architecture and NVIDIA TensorRT*, NVIDIA Technical Blog (July 20, 2021),

https://developer.nvidia.com/blog/accelerating-inference-with-sparsity-using-ampere-and-tensorrt.

29. NVIDIA applies the Sparse Tensor Core to convolution. NVIDIA's TensorRT documentation states that "NVIDIA Ampere architecture and later GPUs support Structured Sparsity" and that, "[f]or Convolution, for each output channel and each spatial pixel in the kernel weights, every four input channels must have at least two zeros." NVIDIA, *Data Formats and Tensors*, NVIDIA TensorRT Documentation (last visited Sept. 29, 2026), https://docs.nvidia.com/deeplearning/tensorrt/latest/inference-library/data-formats-tensors.html. NVIDIA states that "NVIDIA TensorRT supports sparse convolution as of version 8.0," and it instructs developers that "GEMMs should be replaced with 1×1 convolutions to use the sparsity inference." NVIDIA, *Structured Sparsity in the NVIDIA Ampere Architecture and Applications in Search Engines*, *supra*. For its Blackwell GPUs, NVIDIA's instruction manual provides an instruction to "[p]erform the 5th generation of weight stationary convolution matrix multiply and accumulate operation with sparse A matrix." NVIDIA, *Parallel Thread Execution ISA*, Release 9.3, § 9.7.17.10.9.4, at 766.

**Tensor Memory Accelerator**

30. NVIDIA states that devices of compute capability 9.0 (Hopper) and later have a Tensor Memory Accelerator ("TMA"), whose primary goal is to provide an efficient data transfer mechanism from global memory to shared memory for multi-dimensional arrays, and describes it as improving data fetch efficiency by transferring large blocks of data and multidimensional tensors from global memory to shared memory and back again. *See, e.g.,* NVIDIA, *NVIDIA Hopper Architecture In-Depth*, NVIDIA Technical Blog (Mar. 22, 2022), https://developer.nvidia.com/blog/nvidia-hopper-architecture-in-depth; NVIDIA, *Asynchronous*

*Data Copies*, CUDA Programming Guide, NVIDIA Docs (last visited Sept. 29, 2026), https://docs.nvidia.com/cuda/cuda-programming-guide/04-special-topics/async-copies.html. Central to the accused functionality, NVIDIA explains that the TMA engine can be instructed to swizzle the data before storing it in shared memory and to unswizzle it when copying the data back from shared memory to global memory, and that the tensor map encodes the swizzle mode indicating which swizzle pattern is used. *See, e.g.,* NVIDIA, *Asynchronous Data Copies*, CUDA Programming Guide, NVIDIA Docs (last visited Sept. 29, 2026), https://docs.nvidia.com/cuda/cuda-programming-guide/04-special-topics/async-copies.html.

31. NVIDIA explains that, by default, "the TMA engine loads data to shared memory in the same order as it is laid out in global memory." NVIDIA, *Asynchronous Data Copies*, CUDA Programming Guide, NVIDIA Docs (last visited Sept. 29, 2026), https://docs.nvidia.com/cuda/cuda-programming-guide/04-special-topics/async-copies.html. When a swizzle mode is set, the TMA changes that order: "[d]uring data transfer, the TMA engine shuffles the data according to the swizzle pattern." *Id.* NVIDIA tabulates, for each swizzle mode, the shared-memory position at which each 16-byte unit of a tile is stored, computed from that unit's row and column in global memory. *Id.* NVIDIA's worked example for the swizzle is "the transpose of a matrix where data is mapped from row to column first access," in which "[t]he data is stored row major in global memory, but we want to also access it column wise in shared memory, which leads to bank conflicts. However, by using the 128 bytes 'swizzle' mode and new shared memory indices, they are eliminated." *Id.* NVIDIA's instruction manual likewise explains that, under its swizzling modes, "[t]he layout of the data in the shared memory can be different to that of global memory, for access performance reasons." NVIDIA, *Parallel Thread Execution ISA*, Release 9.3, § 5.5.7, at 77. The swizzle thus stores the tile in shared memory in an array order

different from its order in global memory, generating each shared-memory address from the row and column of the data in global memory. *See* '394 patent, 6:23–33 ("the array or the dimension order is changed"); Exhibit 4.

32. NVIDIA exposes that engine to developers through its documented interfaces. Its CUDA Driver API documents cuTensorMapEncodeTiled, which creates a descriptor for a Tensor Memory Access (TMA) object specified by the parameters describing a tiled region and returns it in tensorMap, and its PTX instruction set defines cp.async.bulk.tensor as a non-blocking instruction which initiates an asynchronous copy operation of tensor data from the location in the source state space to the location in the destination state space. *See, e.g.,* NVIDIA, *CUDA Driver API: Tensor Map Object Management*, NVIDIA Docs (last visited Sept. 29, 2026), https://docs.nvidia.com/cuda/cuda-driver-api/cuda_driver_api/group__CUDA__TENSOR__MEMORY.html; NVIDIA, *Parallel Thread Execution ISA*, Release 9.3, § 9.7.9.26.5.2, at 336–37 (last visited Sept. 29, 2026), https://docs.nvidia.com/cuda/pdf/ptx_isa_9.3.pdf. NVIDIA states that a single thread creates a copy descriptor before launching the TMA, and from then on address generation and data movement are handled in hardware. *See, e.g.,* NVIDIA, *NVIDIA Hopper Architecture In-Depth*, NVIDIA Technical Blog (Mar. 22, 2022), https://developer.nvidia.com/blog/nvidia-hopper-architecture-in-depth.

33. NVIDIA's Tensor Cores read their operands from shared memory in that swizzled layout. NVIDIA's instruction manual specifies that the matrix descriptor through which a Hopper Tensor Core instruction reads an operand from shared memory "specifies the properties of the matrix in shared memory that is a multiplicand in the matrix multiply and accumulate operation," including the swizzling mode in which the operand is laid out, and it specifies the swizzling mode

in the shared memory descriptor of the Blackwell Tensor Core instructions as well. NVIDIA, *Parallel Thread Execution ISA*, Release 9.3, §§ 9.7.16.5.1.11, at 627–29; 9.7.17.4.1, at 675. NVIDIA's documentation for its CUTLASS library explains that, on Blackwell GPUs, the Tensor Core's operand descriptors are built from "the same shared-memory allocation written by TMA." NVIDIA, *tcgen05 MMA Programming Guide*, NVIDIA CUTLASS Documentation (last visited Sept. 29, 2026), https://docs.nvidia.com/cutlass/latest/media/docs/pythonDSL/guides/mma/tcgen05_programming.html. NVIDIA's TensorRT-LLM software selects the TMA swizzle mode for the input of its Hopper attention kernel under the comment "GMMA descriptor mode." NVIDIA, *TensorRT-LLM v1.3.0rc26, fmhaRunner.cpp*, lines 561–65, GitHub (last visited Sept. 29, 2026), https://github.com/NVIDIA/TensorRT-LLM/blob/v1.3.0rc26/cpp/tensorrt_llm/kernels/contextFusedMultiHeadAttention/fmhaRunner.cpp.

34. NVIDIA promotes the resulting efficiency and instructs its customers in using it. It states that the TMA avoids using SM instructions for moving data, so that a single thread can issue large data movement instructions to the TMA unit; that a key advantage of TMA is that it frees the threads to execute other independent work; and that TMA significantly reduces addressing overhead and improves efficiency with support for different tensor layouts of one to five dimensions. *See, e.g.,* NVIDIA, *NVIDIA Hopper Architecture In-Depth*, NVIDIA Technical Blog (Mar. 22, 2022), https://developer.nvidia.com/blog/nvidia-hopper-architecture-in-depth; NVIDIA, *NVIDIA Hopper Tuning Guide*, NVIDIA Docs (last visited Sept. 29, 2026), https://docs.nvidia.com/cuda/hopper-tuning-guide/index.html. It publishes developer documentation instructing customers in the use of TMA, stating that TMA allows applications to

transfer 1D and up to 5D tensors between global memory and shared memory, in both directions. *See, e.g.,* NVIDIA, *NVIDIA Hopper Tuning Guide*, NVIDIA Docs (last visited Sept. 29, 2026), https://docs.nvidia.com/cuda/hopper-tuning-guide/index.html. NVIDIA's Blackwell Tuning Guide identifies the NVIDIA B200 GPU with compute capability 10.0. *See, e.g.,* NVIDIA, *NVIDIA Blackwell Tuning Guide*, NVIDIA Docs (last visited Sept. 29, 2026), https://docs.nvidia.com/cuda/blackwell-tuning-guide/index.html.

35. NVIDIA's documentation and software use the TMA for a round trip: into shared memory swizzled, and back to global memory unswizzled. NVIDIA's CUDA Programming Guide instructs that the TMA engine "can be instructed to 'swizzle' the data before storing it in shared memory and 'unswizzle' it when copying the data back from shared memory to global memory," and its worked example loads a matrix into shared memory with the 128-byte swizzle mode, computes its transpose there, and copies the result back to global memory through the same tensor map, noting that the copy "will 'unswizzle' the data." NVIDIA, *Asynchronous Data Copies*, *supra*. NVIDIA's cuBLAS library performs the matrix multiplication "C = αop(A)op(B) + βC," and its cublasLtMatmul function "supports both in-place matrix multiplication (C == D and Cdesc == Ddesc)" and out-of-place multiplication. NVIDIA, *cuBLAS Library*, Release 13.4, §§ 2.7.1, at 98; 3.4.17, at 245 (last visited Sept. 29, 2026), https://docs.nvidia.com/cuda/pdf/CUBLAS_Library.pdf. NVIDIA's CUTLASS library, whose source code NVIDIA publishes, loads C into a swizzled shared-memory tile with the TMA when an operation reads C, and writes the result tile "from smem to gmem with TMA," in its epilogues for both Hopper and Blackwell GPUs. NVIDIA, *CUTLASS v4.8.0, sm90_epilogue_tma_warpspecialized.hpp*, lines 496–500, 578–84, 733–41, GitHub (last visited Sept. 29, 2026),

https://github.com/NVIDIA/cutlass/blob/v4.8.0/include/cutlass/epilogue/collective/sm90_epilogue_tma_warpspecialized.hpp; NVIDIA, *CUTLASS v4.8.0, sm100_epilogue_tma_warpspecialized.hpp*, lines 530–34, 626–29, 765–71, GitHub (last visited Sept. 29, 2026), https://github.com/NVIDIA/cutlass/blob/v4.8.0/include/cutlass/epilogue/collective/sm100_epilogue_tma_warpspecialized.hpp; *see* Exhibit 4. NVIDIA's TensorRT-LLM attention kernel for Hopper GPUs builds, when its output is a one-byte data type, the TMA descriptors for its input and its output with the same layout and the same swizzle mode. NVIDIA, *TensorRT-LLM v1.3.0rc26, fmhaRunner.cpp*, *supra*, lines 561–98.

36. NVIDIA's own patent on the unit it calls the tensor memory access unit describes "hardware circuitry for moving large data blocks between the shared memory of the parallel processor core and external memory such as, for example, global memory of the parallel processing system," and describes "a swizzled mode in which data is written to shared memory in accordance with a predetermined or configurable swizzle pattern that that [sic] results in a different arrangement of the data than that in the global memory." U.S. Patent No. 12,141,082, 4:36–39, 22:21–25 (NVIDIA Corporation, assignee).

**Commercial significance of the Accused Instrumentalities**

37. The Accused Instrumentalities are central to NVIDIA's business. For fiscal year 2026, NVIDIA reported record revenue of $215.9 billion, up 65%, and record Data Center revenue of $193.7 billion, up 68%. *See* NVIDIA, *NVIDIA Announces Financial Results for Fourth Quarter and Fiscal 2026*, NVIDIA Newsroom (Feb. 25, 2026) (last visited Sept. 29, 2026), https://nvidianews.nvidia.com/news/nvidia-announces-financial-results-for-fourth-quarter-and-fiscal-2026. NVIDIA's Form 10-K reports that its Data Center revenue grew from $47.5 billion in

fiscal 2024 to $115.2 billion in fiscal 2025 and $193.7 billion in fiscal 2026, and that $162.4 billion of the fiscal 2026 figure was Compute revenue. *See* NVIDIA Corp., *Annual Report (Form 10-K)* (FYE Jan. 25, 2026), https://www.sec.gov/Archives/edgar/data/1045810/000104581026000021/nvda-20260125.htm. For the second quarter of fiscal 2027, which ended July 26, 2026, NVIDIA reported revenue of $96.2 billion, up 106% from a year ago, and Data Center revenue of $89.0 billion, up 117% from a year ago. *See* NVIDIA, *NVIDIA Announces Financial Results for Second Quarter Fiscal 2027*, NVIDIA Newsroom (Aug. 26, 2026) (last visited Sept. 29, 2026), https://nvidianews.nvidia.com/news/nvidia-announces-financial-results-for-second-quarter-fiscal-2027. NVIDIA attributes that Data Center growth to "the ramp of our Blackwell Ultra infrastructure." NVIDIA Corp., *Quarterly Report (Form 10-Q)* (quarter ended July 26, 2026), https://www.sec.gov/Archives/edgar/data/1045810/000104581026000075/nvda-20260726.htm.

38. The scale of deployment is correspondingly large. NVIDIA announced in November 2023 that Amazon Web Services, Google Cloud, Microsoft Azure and Oracle Cloud Infrastructure would be among the first cloud service providers to deploy H200-based instances, starting in 2024. *See, e.g.,* NVIDIA, *NVIDIA Supercharges Hopper, the World's Leading AI Computing Platform*, NVIDIA Newsroom (Nov. 13, 2023) (last visited Sept. 29, 2026), https://nvidianews.nvidia.com/news/nvidia-supercharges-hopper-the-worlds-leading-ai-computing-platform. NVIDIA's own Eos supercomputer is built with 576 NVIDIA DGX H100 systems and features a total of 4,608 H100 GPUs, and NVIDIA announced that the JUPITER supercomputer comprises a booster module comprising close to 24,000 NVIDIA GH200 Superchips. *See, e.g.,* NVIDIA, *NVIDIA Eos Revealed: Peek Into Operations of a Top 10 Supercomputer*, NVIDIA Blog (Feb. 15, 2024), https://blogs.nvidia.com/blog/eos; NVIDIA,

*NVIDIA Grace Hopper Superchip Powers JUPITER, Defining a New Class of Supercomputers to Propel AI for Scientific Discovery*, NVIDIA Newsroom (Nov. 13, 2023) (last visited Sept. 29, 2026), https://nvidianews.nvidia.com/news/nvidia-grace-hopper-superchip-powers-jupiter-defining-a-new-class-of-supercomputers-to-propel-ai-for-scientific-discovery.

**PARTIES**

39. Plaintiff Inference Stack Inc. is a corporation organized under the laws of the Republic of Korea, with its principal place of business at 402-L761, 4F, 13 Saimdang-ro 8-gil, Seocho-gu, Seoul, Republic of Korea.

40. On information and belief, Defendant NVIDIA Corporation is a Delaware corporation, with its principal place of business at 2788 San Tomas Expressway, Santa Clara, California 95051.

41. On information and belief, NVIDIA Corporation may be served with process through its registered agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701.

**JURISDICTION AND VENUE**

42. This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

43. This Court has personal jurisdiction over NVIDIA in this action because NVIDIA has committed acts of infringement within this District giving rise to this action and has established minimum contacts with this forum such that the exercise of jurisdiction would not offend traditional notions of fair play and substantial justice.

44. Venue is proper in this District under 28 U.S.C. § 1400(b).

45. NVIDIA maintains a regular and established place of business in this District at 11001 Lakeline Boulevard, Suite 100, Building 2, Austin, Texas 78717. On September 7, 2026, NVIDIA admitted that it "maintains a physical facility within this District" at that address. *Mila US Inc. v. NVIDIA Corp.*, No. 1:25-cv-01359-ADA (W.D. Tex. Sept. 7, 2026), Dkt. 55 ¶¶ 5–6; *see also Redstone Logics LLC v. NVIDIA Corp.*, No. 7:25-cv-00184-ADA (W.D. Tex. June 30, 2025), Dkt. 17 ¶ 5. NVIDIA has also admitted that it "has a regional office" at that address and that it "makes, uses, sells, offers to sell, and/or imports systems and components throughout the United States, including in this District." *Vantage Micro LLC v. NVIDIA Corp.*, No. 6:19-cv-00582-RP (W.D. Tex. Jan. 24, 2020), Dkt. 22 ¶¶ 3, 11. According to CoStar News, NVIDIA first leased a little more than 40,000 square feet at that property in 2010, has occupied space there since, and in late 2025 finalized a renewal expanding its footprint there to just under 79,350 square feet. *See* CoStar, *Nvidia Deepens Texas Commitment With Latest Office Deal*, CoStar News (Dec. 16, 2025) (last visited Sept. 29, 2026), https://www.costar.com/article/1976198460/nvidia-deepens-texas-commitment-with-latest-office-deal. The Kidd Group, a general contractor, reports that it completed interior improvement projects for NVIDIA in Austin that included a 54,000-square-foot transformation of new shell space into offices and DVS labs and a separate 35,000-square-foot finish-out for offices, testing labs, and software labs. *See* The Kidd Group, *NVIDIA Corporation* (last visited Sept. 29, 2026), https://kiddgrp.com/project/nvidia-corporation.

46. NVIDIA has also admitted that it maintains a data center at 7100 Metropolis Drive, Austin, Texas 78744. *Mila*, Dkt. 55 ¶ 5. CoStar News reported that NVIDIA signed a roughly 99,370-square-foot lease at the One Uptown building near The Domain in North Austin, where it is set to fill the first, 13th, and 14th floors. *See* CoStar, *Nvidia Stretches Real Estate Growth With Deal To Double Austin, Texas Hub*, CoStar News (July 14, 2025) (last visited Sept. 29, 2026),

https://www.costar.com/article/1276111151/nvidia-stretches-real-estate-growth-with-deal-to-double-austin-texas-hub; CoStar, *Nvidia Deepens Texas Commitment With Latest Office Deal*, *supra*. NVIDIA's website lists Austin among the company's United States locations. *See* NVIDIA, *NVIDIA Locations & Regional Offices* (last visited Sept. 29, 2026), https://www.nvidia.com/en-us/contact.

47. NVIDIA is registered to transact business in Texas and has been since 2000. The Texas Comptroller's franchise tax account status for NVIDIA CORPORATION lists its right to transact in Texas as ACTIVE, its SOS registration as ACTIVE since 03/10/2000, and SOS file 0013121706, and gives a registered office at 211 E. 7TH STREET SUITE 620, AUSTIN, Texas 78701. *See, e.g.,* Texas Comptroller of Pub. Accounts, *Franchise Tax Account Status: NVIDIA Corporation* (last visited Sept. 29, 2026), https://comptroller.texas.gov/data-search/franchise-tax/19431775493. NVIDIA maintains a registered agent for service of process in Texas at that address, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, and has previously admitted that it can be served through that agent. *See Redstone*, Dkt. 17 ¶ 2; *Mila*, Dkt. 55 ¶ 5.

48. NVIDIA staffs its Austin operations with engineers who design and verify NVIDIA silicon. As of September 29, 2026, NVIDIA's careers site listed 183 open positions that include Austin, Texas among their locations, 170 of them in NVIDIA's Engineering job family and 8 in Sales. *See* NVIDIA, *NVIDIA External Career Site* (last visited Sept. 29, 2026), https://nvidia.wd5.myworkdayjobs.com/en-US/NVIDIAExternalCareerSite. Positions posted for Austin include an ASIC Design Engineer in NVIDIA's System-On-Chip group; a Senior ASIC Verification Engineer in that group, whose focus is "verifying and improving the related verification methodologies for the corresponding design (RTL)"; a Senior ASIC Verification

Engineer to "help verify our global IP"; and a Software R&D Engineer, VLSI Physical Design, who will "[i]mprove algorithms (in C++) for gate-level sizing, buffering, useful clock skew, cell legalization, power minimization, ECO routing, and incremental parasitic extraction." *See* NVIDIA, *ASIC Design Engineer, Hardware* (last visited Sept. 29, 2026), https://nvidia.wd5.myworkdayjobs.com/NVIDIAExternalCareerSite/job/US-TX-Austin/ASIC-Design-Engineer---Hardware_JR2019840; NVIDIA, *Senior ASIC Verification Engineer* (last visited Sept. 29, 2026), https://nvidia.wd5.myworkdayjobs.com/en-US/NVIDIAExternalCareerSite/job/US-TX-Austin/Senior-ASIC-Verification-Engineer_JR2002691-1; NVIDIA, *Senior ASIC Verification Engineer* (last visited Sept. 29, 2026), https://nvidia.wd5.myworkdayjobs.com/NVIDIAExternalCareerSite/job/US-TX-Austin/Senior-ASIC-Verification-Engineer---Global-IP_JR2006265-1; NVIDIA, *Software R&D Engineer, VLSI Physical Design* (last visited Sept. 29, 2026), https://nvidia.wd5.myworkdayjobs.com/en-US/NVIDIAExternalCareerSite/job/US-TX-Austin/Software-R-D-Engineer--VLSI-Physical-Design---New-College-Grad-2026_JR2019330. NVIDIA has admitted that it "has open job postings for jobs that may be filled in a number of locations, including in this District." *Neural AI, LLC v. NVIDIA Corp.*, No. 7:24-cv-00221-LS-DTG (W.D. Tex. Nov. 21, 2024), Dkt. 23 ¶ 17.

49. NVIDIA has admitted that it has hundreds of employees in this District. *Neural AI*, Dkt. 23 ¶ 16. NVIDIA has also admitted that one or more employees who have worked on certain aspects of the design and development of certain GPUs, SoCs, or graphic cards are located in Austin, Texas. *Vantage Micro*, Dkt. 22 ¶¶ 4, 14.

50. NVIDIA further sells, supports and supplies the Accused Instrumentalities into this District. NVIDIA has itself announced that the Texas Advanced Computing Center ("TACC"), based in Austin, would power its Vista supercomputer with the NVIDIA GH200 Grace Hopper

Superchip, and its newsroom identifies systems at that center among a growing wave of NVIDIA Arm-based supercomputers using Grace CPU Superchips and the Grace Hopper platform. *See, e.g.,* NVIDIA, *NVIDIA Grace Hopper Superchip Powers 40+ AI Supercomputers Across Global Research Centers, System Makers, Cloud Providers*, NVIDIA Blog (Nov. 13, 2023), https://blogs.nvidia.com/blog/gh200-grace-hopper-superchip-powers-ai-supercomputers; NVIDIA, *NVIDIA Grace Hopper Ignites New Era of AI Supercomputing*, NVIDIA Newsroom (May 12, 2024) (last visited Sept. 29, 2026), https://nvidianews.nvidia.com/news/nvidia-grace-hopper-ignites-new-era-of-ai-supercomputing.

51. The University of Texas at Austin has also acquired NVIDIA AI infrastructure powered by more than 4,000 NVIDIA Blackwell architecture graphics processing units, and states that the NVIDIA GB200 systems and NVIDIA Vera CPU servers will be installed as part of its Horizon system. *See, e.g.,* The University of Texas at Austin, *UT Eclipses 5,000 GPUs To Increase Dominance in Open-Source AI, Strengthen Nation's Computing Power*, UT News (Nov. 17, 2025), https://news.utexas.edu/2025/11/17/ut-eclipses-5000-gpus-to-increase-dominance-in-open-source-ai-strengthen-nations-computing-power. NVIDIA staffs customer-facing technical personnel here as well, including a Senior Solutions Architect, AI Infrastructure, posted for Austin, whose role includes "driving end-to-end technology solution integration with some of NVIDIA's most strategic technology customers." *See, e.g.,* NVIDIA, *Senior Solutions Architect, AI Infrastructure*, NVIDIA Careers (last visited Sept. 29, 2026), https://nvidia.wd5.myworkdayjobs.com/en-US/NVIDIAExternalCareerSite/job/US-TX-Austin/Senior-Solutions-Architect--AI-Infrastructure_JR2019011.

52. NVIDIA has admitted that it has customer-facing personnel and operations in this District and that it provides technical support to partners and customers for its products in this

District. *Neural AI*, Dkt. 23 ¶ 18. NVIDIA has admitted that it partners with resellers and managed service providers for the sale or installation of certain NVIDIA products, and that it partners with data center providers. *Id.* ¶¶ 22–23. NVIDIA has admitted that it promoted NVIDIA products, including the NVIDIA GeForce GTX 1080 graphics card, at the Austin Convention Center on May 6, 2016. *Ocean Semiconductor LLC v. NVIDIA Corp.*, No. 6:20-cv-01211-ADA-DTG (W.D. Tex. Mar. 12, 2021), Dkt. 14 ¶ 31. And NVIDIA has admitted that it conducts business in this District and that NVIDIA products are sold in this District. *Redstone*, Dkt. 17 ¶ 4.

53. Moreover, the Accused Instrumentalities are deployed and in use within this District. The Vista system's Grace-Hopper subsystem consists of nodes using the GH200 Grace Hopper Superchip, and in total Vista contains 256 Grace-Grace nodes and 600 Grace-Hopper nodes. *See, e.g.,* Texas Advanced Computing Center, *Vista*, TACC User Guides (last visited Sept. 29, 2026), https://docs.tacc.utexas.edu/hpc/vista. At the Texas Advanced Computing Center in Austin, the Stampede3 system includes 24 H100 nodes, each with four NVIDIA H100 SXM5 graphics processing units, and the Lonestar6 system hosts 84 A100 GPU nodes, each with three NVIDIA A100 graphics processing units, which TACC describes as achieving 312 TFlops in FP16 precision using the Tensor Cores, as well as four H100 GPU nodes, each with two NVIDIA H100 graphics processing units. *See, e.g.,* Texas Advanced Computing Center, *Stampede3*, TACC User Guides (last visited Sept. 29, 2026), https://docs.tacc.utexas.edu/hpc/stampede3; Texas Advanced Computing Center, *Lonestar6*, TACC User Guides (last visited Sept. 29, 2026), https://docs.tacc.utexas.edu/hpc/lonestar6. TACC's Horizon system, housed in a data center in Round Rock in this District, hosts 2,000 Grace Blackwell nodes built on the GB200 NVL4 platform, each pairing two NVIDIA Blackwell GPUs with a Grace CPU; TACC reported on July 24, 2026 that Horizon was then limited to internal users. *See, e.g.,* Texas Advanced Computing

Center, *Horizon*, TACC User Guides (last visited Sept. 29, 2026), https://docs.tacc.utexas.edu/hpc/horizon.

## COUNT 1 – INFRINGEMENT OF THE ’985 PATENT

54. Inference Stack incorporates by reference the allegations of paragraphs 1 through 53 as if fully set forth herein and further alleges as follows:

55. On May 11, 2021, the United States Patent and Trademark Office issued U.S. Patent No. 11,003,985, titled “Convolutional Neural Network System and Operation Method Thereof.”

56. Inference Stack is the exclusive licensee of the ’985 patent and holds all substantial rights in it, including the right to enforce it, to grant licenses under it, and to recover damages for its past, present, and future infringement.

57. The claims of the ’985 patent were duly issued by the United States Patent and Trademark Office and are presumed by statute to be valid.

58. The claims of the ’985 patent are patent eligible under 35 U.S.C. § 101.

59. The claims of the ’985 patent are not directed to abstract ideas and recite technical solutions to the technical problem of the wasted convolution computation performed on the zero-valued weights of a sparse weight kernel, as the specification describes:

> As described above, the data selector 250 according to the inventive concept provides, to the MAC computator 220, only a data value corresponding to a position of a nonzero weight value on the basis of the sparse index SPI of the sparse weight kernel SW. Therefore, a convolution computation for a data value corresponding to a position of a zero weight value may be omitted. Accordingly, a computation efficiency of the CNN system 200 is enhanced.

’985 patent, 14:58–65.

60. The written description of the ’985 patent describes in technical detail each limitation of the claims, allowing a skilled artisan to understand the scope of the claims and how the nonconventional and non-generic combination of claim limitations is patently distinct from

and improved upon what may have been considered conventional or generic in the art at the time of the invention.

61. NVIDIA has directly infringed and continues to directly infringe (literally and equivalently) the ’985 patent under 35 U.S.C. § 271(a) by making, using, selling, offering for sale, and importing the ’985 Accused Instrumentalities, including the NVIDIA A100, H100, H200, GH200, and B200, which infringe at least one claim of the ’985 patent, as shown in Exhibit 2, without a license or permission from Inference Stack.

62. **Exhibit 1** is a true and correct copy of the ’985 patent. **Exhibit 2** provides a description of the ’985 Accused Instrumentalities and a chart showing an example of how they infringe at least one claim of the ’985 patent, which Inference Stack provides without the benefit of information about the ’985 Accused Instrumentalities obtained through discovery. Exhibit 2 is incorporated by reference.

63. NVIDIA also knowingly and intentionally induces and contributes to infringement of the ’985 patent in violation of 35 U.S.C. §§ 271(b)–(c). For example, since at least the date of service of this Complaint, NVIDIA has had knowledge of the ’985 patent and of the infringing nature of the ’985 Accused Instrumentalities. Despite this knowledge, NVIDIA continues to encourage and instruct customers and end users to use the ’985 Accused Instrumentalities in an infringing manner. NVIDIA continues to publish and distribute the instructional materials and software described below after acquiring that knowledge.

64. As another example, NVIDIA publishes cuSPARSELt documentation setting out, as numbered steps of the library workflow, that the user prune the dense matrix with cusparseLtSpMMAPrune, compress the pruned matrix with cusparseLtSpMMACompress, and then execute the sparse matrix multiplication with cusparseLtMatmul. *See* NVIDIA, *Getting*

*Started*, NVIDIA cuSPARSELt Docs (last visited Sept. 29, 2026), https://docs.nvidia.com/cuda/cusparselt/getting_started.html. As another example, NVIDIA publishes and distributes ASP (Automatic SParsity) tooling that prunes a trained model, calculates the sparse mask and applies it to the weights, and thereby generates a pruned model that can use Sparse Tensor Cores in the NVIDIA Ampere Architecture. *See* NVIDIA, *APEX Automatic SParsity (ASP)*, GitHub (last visited Sept. 29, 2026), https://github.com/NVIDIA/apex/blob/master/apex/contrib/sparsity/README.md. As another example, NVIDIA's published PTX instruction set architecture specifies the sparse multiply-accumulate instruction operating on a matrix that is structured sparse at a granularity of 2:4, in which each chunk of four adjacent elements in a row contains two zeros and two non-zero elements, with the positions of the non-zero elements carried in a metadata operand and a sparsity selector. *See* NVIDIA, *Parallel Thread Execution ISA*, Release 9.3, § 9.7.15.6.1, at 564–65 (last visited Sept. 29, 2026), https://docs.nvidia.com/cuda/pdf/ptx_isa_9.3.pdf.

65. As another example, NVIDIA instructs developers how to run convolution layers on the Sparse Tensor Core. Its TensorRT documentation specifies the zero pattern that convolution kernel weights must have to use structured sparsity, and NVIDIA directs developers that "GEMMs should be replaced with 1×1 convolutions to use the sparsity inference," that "the weights of the model should have 2:4 sparsity," and how to enable sparsity when building a TensorRT engine. *See* NVIDIA, *Data Formats and Tensors*, *supra*; NVIDIA, *Structured Sparsity in the NVIDIA Ampere Architecture and Applications in Search Engines*, *supra*.

66. As another example, NVIDIA advertises the accused sparsity capability to customers as a performance advantage, publishing that fine-grained structured sparsity delivers 2x math efficiency with no loss in network accuracy, and that its cuSPARSELt library lets customers

exploit NVIDIA Sparse Tensor Cores to double math efficiency. *See, e.g.,* NVIDIA, *Exploiting NVIDIA Ampere Structured Sparsity with cuSPARSELt*, NVIDIA Technical Blog (Dec. 8, 2020), https://developer.nvidia.com/blog/exploiting-ampere-structured-sparsity-with-cusparselt. As another example, NVIDIA provides ongoing technical support to customers using the accused capability. It operates the NVIDIA Developer Forums, where NVIDIA personnel answer customers' questions about running cuSPARSELt on particular NVIDIA GPUs, and its cuSPARSELt documentation directs customers to a dedicated NVIDIA support address for feedback. *See, e.g.,* NVIDIA, *Exploiting NVIDIA Ampere Structured Sparsity with cuSPARSELt*, NVIDIA Developer Forums (last visited Sept. 29, 2026), https://forums.developer.nvidia.com/t/exploiting-nvidia-ampere-structured-sparsity-with-cusparselt/161386.

67. As another example, NVIDIA encourages its distributors and the manufacturers of NVIDIA-based systems to make, use and sell the '985 Accused Instrumentalities. Through the NVIDIA Partner Network it authorizes Distributor Partners to distribute NVIDIA products to resellers, and it describes Original Equipment Manufacturer partners as partners whose business model involves using NVIDIA products and technologies in the platforms they manufacture and resell under their own brand name. *See, e.g.,* NVIDIA, *NVIDIA Partner Network (NPN)* (last visited Sept. 29, 2026), https://www.nvidia.com/en-us/about-nvidia/partners/.

68. NVIDIA's customers and end users directly infringe the '985 patent under 35 U.S.C. § 271(a) when they use the '985 Accused Instrumentalities in the manner NVIDIA instructs and intends, and NVIDIA's inducement causes that direct infringement. For example, the Texas Advanced Computing Center uses NVIDIA A100 GPUs in its Lonestar6 system, and NVIDIA H100 GPUs and GH200 Grace Hopper Superchips in its Stampede3 and Vista systems, in this

District, as alleged above. On information and belief, users of those systems and NVIDIA's other customers run structured-sparse neural-network layers, including convolution layers, on the '985 Accused Instrumentalities with cuSPARSELt and TensorRT, as NVIDIA instructs.

69. NVIDIA's manufacturers, developers, and distributors also directly infringe the '985 patent when they make, use, sell, offer for sale, and import the '985 Accused Instrumentalities, and NVIDIA's inducement causes that direct infringement.

70. Thus, since at least the date of service of this Complaint, with knowledge of the '985 patent and knowledge that the acts it induces constitute infringement of the '985 patent, NVIDIA has knowingly and intentionally induced, and continues to induce, infringement of the '985 patent.

71. NVIDIA also contributes to the infringement of the '985 patent by selling, offering for sale, or importing into the United States the '985 Accused Instrumentalities, which incorporate the Sparse Tensor Core's sparse-operand selection circuitry: the circuitry that uses the stored sparsity metadata to select, from the input values, those that pair with the non-zero weights and passes them to the Tensor Core's multiply-accumulate computation (the "Sparse Selection Circuitry"). The Sparse Selection Circuitry is a material part of the inventions claimed in the '985 patent, is especially made or especially adapted for use in infringing the '985 patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

72. For example, as shown in **Exhibit 2**, the Sparse Selection Circuitry selects input values according to the stored index of a pruned weight matrix, and NVIDIA instructs developers to use that capability for convolution layers, including by replacing GEMMs with 1×1 convolutions to use sparse inference in TensorRT. On information and belief, formed after a reasonable investigation conducted on behalf of Inference Stack into NVIDIA's published

documentation and software, the Sparse Selection Circuitry operates only when the Sparse Tensor Core executes a structured-sparse instruction, performs no function other than that selection, and has no substantial non-infringing use.

73. The Sparse Selection Circuitry is known by NVIDIA to be especially made or especially adapted for use in practicing the claims of the ’985 patent. As set forth above, NVIDIA has knowledge of the ’985 patent and instructs customers and end users to use the ’985 Accused Instrumentalities to practice those claims.

74. NVIDIA’s infringement of the ’985 patent after it receives notice of this Complaint is willful.

75. NVIDIA has had actual knowledge of the Patents-in-Suit and of its infringement since at least the date of service of this Complaint, and its continued making, using, selling, offering for sale, and importation of the ’985 Accused Instrumentalities since that date is willful. Thus, as of that date, NVIDIA has known, or has been willfully blind to the fact, that making, using, offering to sell, and selling the ’985 Accused Instrumentalities to its customers would constitute infringement of the ’985 patent.

76. To the extent NVIDIA continues this course of accused conduct, it does so after receiving actual notice of the Patents-in-Suit and of this action, without any good-faith basis for believing the ’985 Accused Instrumentalities do not infringe or that the Patents-in-Suit are invalid.

77. NVIDIA’s infringement of the ’985 patent since the date of service of this Complaint is willful, entitling Inference Stack to enhanced damages under 35 U.S.C. § 284.

78. By making, using, offering for sale, selling and/or importing into the United States the ’985 Accused Instrumentalities, NVIDIA has injured Inference Stack and is liable for infringement of the ’985 patent pursuant to 35 U.S.C. § 271.

79. As a result of NVIDIA's infringement of the '985 patent, Inference Stack is entitled to monetary damages in an amount adequate to compensate for NVIDIA's infringement, but in no event less than a reasonable royalty for the use made of the invention by NVIDIA, together with interest and costs as fixed by the Court.

80. NVIDIA's infringing activities have injured and will continue to injure Inference Stack unless and until this Court enters an injunction prohibiting further infringement of the '985 patent.

81. Inference Stack's claims for damages are not limited under 35 U.S.C. § 287, at least because there are no unmarked patented articles subject to a duty to mark.

## COUNT 2 – INFRINGEMENT OF THE '394 PATENT

82. Inference Stack incorporates by reference the allegations of paragraphs 1 through 53 as if fully set forth herein and further alleges as follows:

83. On July 20, 2021, the United States Patent and Trademark Office issued U.S. Patent No. 11,068,394, titled "Neural Network System Including Data Moving Controller."

84. Inference Stack is the exclusive licensee of the '394 patent and holds all substantial rights in it, including the right to enforce it, to grant licenses under it, and to recover damages for its past, present, and future infringement.

85. The claims of the '394 patent were duly issued by the United States Patent and Trademark Office and are presumed by statute to be valid.

86. The claims of the '394 patent are patent eligible under 35 U.S.C. § 101.

87. The claims of the '394 patent are not directed to abstract ideas and recite technical solutions to the technical problem of the cost of moving and re-arranging multidimensional tensor

data between an external memory and the operator that consumes it, which throttles matrix-multiplication and convolution throughput, as the specification describes:

> The data moving controller 120 performs a control operation for accelerating the multidimensional matrix multiplication operation or the convolution operation performed through the operator 130. For example, the data moving controller 120 may reconstruct a dimensional array with regard to the multidimensional matrix of the input data to allow the operator 130 to perform efficient processing. To this end, the data moving controller 120 may generate a physical address for the input data.

’394 patent, 4:5–13.

> When the data of the form of the multidimensional matrix are stored in the internal memory 140, it is necessary to reorder the data such that the convolution operation or the multidimensional matrix multiplication operation is efficiently performed. In detail, the size of data transferred from the external memory 190 to the internal memory 140 does not change, but the array or the dimension order is changed. Accordingly, the second address generator 121b generates the physical addresses of the external memory 190 or the internal memory 140, to reorder the multidimensional matrix data.

’394 patent, 6:23–33.

88. The written description of the ’394 patent describes in technical detail each limitation of the claims, allowing a skilled artisan to understand the scope of the claims and how the nonconventional and non-generic combination of claim limitations is patently distinct from and improved upon what may have been considered conventional or generic in the art at the time of the invention.

89. NVIDIA has directly infringed and continues to directly infringe (literally and equivalently) the ’394 patent under 35 U.S.C. § 271(a) by making, using, selling, offering for sale, and importing the ’394 Accused Instrumentalities, including the NVIDIA H100, H200, GH200, B200, GB200 Grace Blackwell Superchip, GB200 NVL72, and GB300 NVL72, which infringe at least one claim of the ’394 patent, as shown in Exhibit 4, without a license or permission from Inference Stack.

90. **Exhibit 3** is a true and correct copy of the ’394 patent. **Exhibit 4** provides a description of the ’394 Accused Instrumentalities and a chart showing an example of how they infringe at least one claim of the ’394 patent, which Inference Stack provides without the benefit of information about the ’394 Accused Instrumentalities obtained through discovery. Exhibit 4 is incorporated by reference.

91. NVIDIA also knowingly and intentionally induces and contributes to infringement of the ’394 patent in violation of 35 U.S.C. §§ 271(b)–(c). For example, since at least the date of service of this Complaint, NVIDIA has had knowledge of the ’394 patent and of the infringing nature of the ’394 Accused Instrumentalities. Despite this knowledge, NVIDIA continues to encourage and instruct customers and end users to use the ’394 Accused Instrumentalities in an infringing manner. NVIDIA continues to publish and distribute the instructional materials and software described below after acquiring that knowledge.

92. As another example, NVIDIA publishes CUDA programming documentation directing developers to perform bulk tensor asynchronous copies of multi-dimensional arrays between global memory and shared memory using the TMA through the cuTensorMapEncodeTiled interface, whose tensor map encodes the swizzle mode, and instructing that the TMA “can be instructed to ‘swizzle’ the data before storing it in shared memory and ‘unswizzle’ it when copying the data back from shared memory to global memory.” *See* NVIDIA, *Asynchronous Data Copies*, *supra*; *see also* NVIDIA, *CUDA C++ Programming Guide v12.6*, § 7.29.2, NVIDIA Docs (last visited Sept. 29, 2026), https://docs.nvidia.com/cuda/archive/12.6.0/cuda-c-programming-guide/index.html (tensor maps created with cuTensorMapEncodeTiled). As another example, NVIDIA’s published instruction set architecture specifies the swizzling modes under which the layout of the data in shared memory

differs from the layout in global memory, and specifies the bulk asynchronous copy operations that move tensor data between those memory spaces. *See* NVIDIA, *Parallel Thread Execution ISA*, Release 9.3, §§ 5.5.7, at 77; 9.7.9.26.5.2, at 336–37 (last visited Sept. 29, 2026), https://docs.nvidia.com/cuda/pdf/ptx_isa_9.3.pdf. As another example, NVIDIA promotes the TMA to customers as an architectural advantage of the accused products, describing a copy engine that transfers tensors between global memory and shared memory in both directions, including writes from shared memory to global memory, so that a single thread can issue large data movement instructions. *See* NVIDIA, *NVIDIA Hopper Tuning Guide*, NVIDIA Docs (last visited Sept. 29, 2026), https://docs.nvidia.com/cuda/hopper-tuning-guide/index.html.

93. As another example, NVIDIA distributes and publishes the software that performs the accused transfers on the '394 Accused Instrumentalities and instructs developers in its use. NVIDIA's CUDA Programming Guide teaches developers to have the TMA swizzle data into shared memory and unswizzle it on the way back to global memory, with a worked example that does both through one tensor map. NVIDIA distributes cuBLAS and documents its in-place matrix multiplication, in which the output overwrites the input matrix C. NVIDIA publishes the source code of CUTLASS, whose Hopper and Blackwell epilogues load C into swizzled shared memory with the TMA and write the result back with it, and the source code of TensorRT-LLM, whose attention kernels set the TMA swizzle mode for their inputs and, for one-byte outputs, their outputs. *See* ¶ 35 above; Exhibit 4.

94. As another example, NVIDIA encourages its distributors and the manufacturers of NVIDIA-based systems to make, use and sell the '394 Accused Instrumentalities. Through the NVIDIA Partner Network it authorizes Distributor Partners to distribute NVIDIA products to resellers, and it describes Original Equipment Manufacturer partners as partners whose business

model involves using NVIDIA products and technologies in the platforms they manufacture and resell under their own brand name. *See, e.g.,* NVIDIA, *NVIDIA Partner Network (NPN)* (last visited Sept. 29, 2026), https://www.nvidia.com/en-us/about-nvidia/partners/.

95. NVIDIA also provides ongoing technical support to its customers for the ’394 Accused Instrumentalities. NVIDIA has admitted that it provides technical support to partners and customers for its products in this District and that it “sells and has sold its products and provides certain technical support to its customers for those products.” *Neural AI*, Dkt. 23 ¶¶ 18, 86.

96. NVIDIA’s customers and end users directly infringe the ’394 patent under 35 U.S.C. § 271(a) when they use the ’394 Accused Instrumentalities in the manner NVIDIA instructs and intends, and NVIDIA’s inducement causes that direct infringement. For example, the Texas Advanced Computing Center uses NVIDIA H100 GPUs in its Stampede3 and Lonestar6 systems, NVIDIA GH200 Grace Hopper Superchips in its Vista system, and NVIDIA GB200 NVL4 nodes in its Horizon system, in this District, as alleged above. On information and belief, users of those systems and NVIDIA’s other customers run matrix multiplications on the ’394 Accused Instrumentalities through NVIDIA’s cuBLAS library, including through the PyTorch framework, which calls cuBLAS, in the manner shown in Exhibit 4.

97. NVIDIA’s manufacturers, developers, and distributors also directly infringe the ’394 patent when they make, use, sell, offer for sale, and import the ’394 Accused Instrumentalities, and NVIDIA’s inducement causes that direct infringement.

98. Thus, since at least the date of service of this Complaint, with knowledge of the ’394 patent and knowledge that the acts it induces constitute infringement of the ’394 patent,

NVIDIA has knowingly and intentionally induced, and continues to induce, infringement of the ’394 patent.

99. NVIDIA also contributes to the infringement of the ’394 patent by selling, offering for sale, or importing into the United States the ’394 Accused Instrumentalities, which incorporate the Tensor Memory Accelerator’s swizzle circuitry: the circuitry that, when a swizzle mode is set, generates the shared-memory addresses that swizzle tensor data as the Tensor Memory Accelerator copies it from global memory into shared memory, and that unswizzle the data as the Tensor Memory Accelerator copies it from shared memory back to global memory (the “Swizzle Datapath”). The Swizzle Datapath is a material part of the inventions claimed in the ’394 patent, is especially made or especially adapted for use in infringing the ’394 patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

100. For example, as shown in **Exhibit 4**, NVIDIA provides the swizzle modes so that data is laid out in shared memory in a way that avoids bank conflicts when it is used there, and the Swizzle Datapath restores the data’s global-memory layout when the TMA copies it back. On information and belief, formed after a reasonable investigation conducted on behalf of Inference Stack into NVIDIA’s published documentation and software described above, the Swizzle Datapath operates only when a swizzle mode is set, performs no function other than those swizzled transfers, and has no substantial non-infringing use.

101. The Swizzle Datapath is known by NVIDIA to be especially made or especially adapted for use in practicing the claims of the ’394 patent. As set forth above, NVIDIA has knowledge of the ’394 patent and instructs customers and end users to use the ’394 Accused Instrumentalities to practice those claims.

102. NVIDIA's infringement of the '394 patent after it receives notice of this Complaint is willful.

103. NVIDIA has had actual knowledge of the Patents-in-Suit and of its infringement since at least the date of service of this Complaint, and its continued making, using, selling, offering for sale, and importation of the '394 Accused Instrumentalities since that date is willful. Thus, as of that date, NVIDIA has known, or has been willfully blind to the fact, that making, using, offering to sell, and selling the '394 Accused Instrumentalities to its customers would constitute infringement of the '394 patent.

104. To the extent NVIDIA continues this course of accused conduct, it does so after receiving actual notice of the Patents-in-Suit and of this action, without any good-faith basis for believing the '394 Accused Instrumentalities do not infringe or that the Patents-in-Suit are invalid.

105. NVIDIA's infringement of the '394 patent since the date of service of this Complaint is willful, entitling Inference Stack to enhanced damages under 35 U.S.C. § 284.

106. By making, using, offering for sale, selling and/or importing into the United States the '394 Accused Instrumentalities, NVIDIA has injured Inference Stack and is liable for infringement of the '394 patent pursuant to 35 U.S.C. § 271.

107. As a result of NVIDIA's infringement of the '394 patent, Inference Stack is entitled to monetary damages in an amount adequate to compensate for NVIDIA's infringement, but in no event less than a reasonable royalty for the use made of the invention by NVIDIA, together with interest and costs as fixed by the Court.

108. NVIDIA's infringing activities have injured and will continue to injure Inference Stack unless and until this Court enters an injunction prohibiting further infringement of the '394 patent.

109. Inference Stack's claims for damages are not limited under 35 U.S.C. § 287, at least because there are no unmarked patented articles subject to a duty to mark.

## JURY DEMAND

110. Inference Stack demands a jury trial pursuant to Federal Rule of Civil Procedure 38.

## RELIEF REQUESTED

Inference Stack prays for the following relief:

A. A judgment in favor of Inference Stack that NVIDIA has infringed, directly and indirectly, the '985 patent and the '394 patent, and that each of those patents is valid and enforceable;

B. A judgment and order requiring NVIDIA to pay Inference Stack past and future damages arising out of NVIDIA's infringement of the '985 patent and the '394 patent in an amount no less than a reasonable royalty, together with costs, expenses, and pre-judgment and post-judgment interest, as provided under 35 U.S.C. § 284;

C. A judgment and order requiring NVIDIA to provide an accounting and to pay supplemental damages to Inference Stack, including without limitation pre-judgment and post-judgment interest;

D. A judgment and order requiring NVIDIA to pay Inference Stack compulsory ongoing licensing fees for NVIDIA's continued infringement after judgment, as determined by the Court;

E. A judgment that NVIDIA's infringement of the '985 patent and the '394 patent after notice of this Complaint is willful, and an award of enhanced damages as a result of that willfulness under 35 U.S.C. § 284;

F. A permanent injunction under 35 U.S.C. § 283 restraining NVIDIA, its officers, agents, servants, employees, and those in active concert or participation with them, from further infringement of the '985 patent and the '394 patent;

G. A finding that this is an exceptional case under 35 U.S.C. § 285, and an award of Inference Stack's reasonable attorneys' fees and costs; and

H. Any and all other relief, at law or in equity, to which Inference Stack may be entitled.

Dated: November 13, 2026

Respectfully submitted,

*/s/ Benjamin T. Wang*

Benjamin T. Wang
CA State Bar No. 228712
Email: bwang@raklaw.com
Bradley Hyde
CA State Bar No. 301145
Email: bhyde@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

**ATTORNEYS FOR PLAINTIFF,**
**Inference Stack Inc.**